# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

James Robert Dawson
Assistant Attorney General
330 Marshall Street, Ste 777
Shreveport LA 71101

Owen Murrah Goudelocke
Asst. Attorney General
556 Jefferson St., 4th Floor
Lafayette LA 70501

Colleen Ann McDaniel
Assistant Attorney General
556 Jefferson St., 4th Floor
Lafayette LA 70501

### REHEARING ACTION: January 23, 2008

**Docket Number: 06   01625-CA consolidated with 1,624-CA**

**GERMAINE CHRISTOPHER BROOKS, ET AL.**
**VERSUS**
**CITY OF LAFAYETTE, ET AL.**

**Appealed from Lafayette Parish Case No. 20012216 C/W 20012002**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Sylvia R. Cooks**
> **Hon. Jimmie C. Peters**
> **Hon. Elizabeth A. Pickett**
> **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana, through the Department of Transportation**

**and Development** has this day been

> **DENIED.**

cc: Rickey Wayne Miniex, Counsel for the Appellee
    Chane P. Menard, Counsel for the Appellee
    Aimee L. Foreman, Counsel for the Appellee
    Todd M. Swartzendruber, Counsel for the Appellee
    Byron Andrew Richie, Counsel for the Appellee
    Paul Douglas Oberle  Jr., Counsel for the Appellee
    Michael Edward Parker, Counsel for the Appellee
    Johnny Edward Wellons, Counsel for the Appellee
    Chiquita P. Tate, Counsel for the Appellee
    Candace A O'Brien, Counsel for the Appellee
    Lawrence N. Curtis, Counsel for the Appellant

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**